"2018 - AÑO DEL CENTENARIO DE LA REFORMA UNIVERSITARIA"



Ministerio de Relaciones Exteriores y Culto

Our file N° 2182/17                Note N° 3051/18

Buenos Aires, 09 ABR 2018

Jeanne Davidson
Director
Office of International Judicial Assistance
U.S. Department of Justice – Civil Division
Benjamin Franklin Station
P.O.Box 14360
Washington, D.C. 20004
United States of America

     In our capacity as the Argentine Central Authority for the Hague Convention of March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters, we are transmitting the attached documentation for service through the competent authorities.

     The letter rogatory has been issued in the case **"MOCIULSKY RAMON JORGE S/SUCESION AB INTESTATO"**.

     The object of this rogatory letter is to obtain **information from the Israel Discount Bank of New York.**

     Once the rogatory letter has been executed, we will appreciate to send it back to the following address:

> Ministerio de Relaciones Exteriores y Culto.
> Dirección de Asistencia Jurídica Internacional
> Esmeralda 1212. 4° piso (1007)
> Buenos Aires, Argentina.

     Yours sincerely,

Encl: in 1 file.
moi

Dra. [illegible] de CHIODI
Directora de Asistencia Jurídica Internacional

CIV-189-44-18-41

Generado por DAJINGES BNO:1883/2018
Carpeta 2182/2017

## **EXHORTO**

EL DR. JULIO CARLOS SPERONI, JUEZ A CARGO DEL JUZGADO NACIONAL DE PRIMERA INSTANCIA EN LO CIVIL N° 37 DE LA REPÚBLICA ARGENTINA, SECRETARÍA ÚNICA A CARGO DE LA DRA. MARÍA PILAR REBAUDI BASAVILBASO, SITO EN URUGUAY 714, SEGUNDO PISO, CIUDAD AUTÓNOMA DE BUENOS AIRES.--------------------------------------

AL JUEZ QUE CORRESPONDA, CON JURISDICCIÓN Y COMPETENCIA EN LA CIUDAD DE NUEVA YORK Y/O DE FLORIDA DE LOS ESTADOS UNIDOS DE AMÉRICA SEGUN CONSIDERE MAS CONVENIENTE LA OFICINA DE ASISTENCIA JUDICIAL INTERNACIONAL DEL DEPARTAMENTO DE JUSTICIA DE LOS ESTADOS UNIDOS TENIENDO EN CUENTA LA INFORMACIÓN QUE SE PROCURA CONSEGUIR.---------------------------------------------------

**SALUDA, EXHORTA Y HACE SABER:** Que ante el Juzgado Nacional de Primera Instancia en lo Civil N° 37 a mi cargo de la República Argentina, Secretaría única a cargo de la Dra. María Pilar Rebaudi Basavilbaso, sito en Uruguay 714, piso 2° de la Ciudad Autónoma de Buenos Aires **"MOCIULSKY, RAMON JORGE S/ SUCESION AB INTESTATO" (expte. N° 54134/2015)** donde se ha dispuesto librar la presente rogatoria con el fin de que la entidad bancaria ISRAEL DISCOUNT BANK OF NEW YORK (IDB BANK) con oficina principal en 511 Fifth Avenue, New York, NY 10017 – U.S.A. informe; a)- si la cuenta número ▬▬▬▬ del banco IDB BANK (Israel Discount Bank of New York) sucursal Harbour Centre 18851 NE 29th Avenue, Suite 600 Aventura, FL 33180 Tel: (305) 682-3700 corresponde efectivamente al causante Ramon Jorge Mociulsky (DNI ▬▬▬▬, Nacionalidad argentina, con fecha de nacimiento el 7 de Diciembre de 1937), b) de existir, cotitulares, beneficiarios, etc., c)- fondos disponibles en la misma; d) remitan resúmenes de cuenta y movimientos; e) informe si fuera cerrada y de ser así fecha de cierre de la cuenta bancaria y motivo denunciado; f) si hubo movimientos en la cuenta post fallecimiento ocurrido el 7 de julio de 2015, g) para que informe de ser posible la existencia o no de

más cuentas además de la individualizada con el número ▆▆▆ de la sucursal Harbour Centre 18851 NE 29th Avenue, Suite 600 Aventura, FL. y h) de efectivamente existir mas cuentas que informe sobre ellas los anteriores puntos referidos.----------------------------------

Se informa que el causante Ramónn Jorge Mociulsky no poseía SSN (Social Security Number) ni ITIN (Individual Taxpayer Identification Number) porque nunca trabajó en los Estados Unidos ni tampoco tenía algún negocio por el cual tributar. Sí le deben haber requerido completar un Formulario W8, éste documento no se encuentra en poder de los herederos ya que sólo poseen los titulares de las cuentas.-

Se deja constancia que el presente guarda relación con la Carpe. DAJIN N° 2182/17, Nota N°: 11178/17 del 31 de octubre del corriente, mediante la cual se informó que el Departamento de Justicia de los Estados Unidos respondió solicitando mayor información a fin de poder dar cumplimiento con el exhorto librado con fecha 5 de junio de 2017.--------------------------------------------

Los autos que ordenan la presente, en sus partes pertinentes dicen: *"Buenos Aires, 23 de Mayo de 2017.- A los fines solicitados, líbrese el exhorto diplomático.- (...) Fdo: SILVIA Y. TANZI JUEZ."* y *"Buenos Aires, 11 de Diciembre de 2017.- A los mismos fines que el ordenado a fojas 339, punto I, líbrese un nuevo exhorto, dejando constancia en el mismo de los datos denunciados en el escrito en despacho. Fdo: JULIO CARLOS SPERONI JUEZ SUBROGRANTE.*---------------------

En cumplimiento a lo dispuesto por el artículo *3° de la Ley 23480 - Convención obtención pruebas en el extranjero en Materia Civil o Comercial* se deja constancia que las partes del proceso son las siguientes: **CAUSANTE**: **Ramón Jorge Mociulsky**. *DNI* ▆▆▆ *Nacionalidad argentina, con fecha de nacimiento el 7 de Diciembre de 1937* **HEREDEROS** (auto de declaratoria de fecha 14 de Octubre de 2015): 1- La **Sra. Rita Antonia Castiglione** con domicilio real en Husares 2255 Piso 15 Departamento 6 Torre 1, Ciudad Autónoma de Buenos Aires, quien actúa representada por el patrocinio letrado del Dr. Sebastián Buschiazzo y ha constituido domicilio procesal en Avenida Córdoba 1505, 2° piso, Departamento 4, Ciudad Autonoma de Buenos Aires. 2- La **Sra. Florencia Mociulsky** con domicilio real en Echeverria 1015/1017, Ciudad Autónoma de Buenos Aires, quien

actúa representada por su apoderado, el Dr. Eduardo Arturo Yaconis Woelflin y ha constituido domicilio procesal en Montevideo 765 6° piso, Ciudad Autonoma de Buenos Aires. 3- La **Sra. Sandra Elisa Mociulsky** con domicilio real en Grecia 3462 piso 8 Departamento A, Ciudad Autónoma de Buenos Aires, quien actúa representada por el patrocinio letrado del Dr. Eduardo Arturo Yaconis Woelflin y ha constituido domicilio procesal en Montevideo 765 6° piso, Ciudad Autónoma de Buenos Aires. 4- **Sr. Ariel Fernando Mociulsky** con domicilio real en La Pampa 1202 piso 3 Departamento D, Ciudad Autónoma de Buenos Aires, quien actúa representado por el patrocinio letrado del Dr. Eduardo Arturo Yaconis Woelflin y ha constituido domicilio procesal en Montevideo 765 6° piso, Ciudad Autonoma de Buenos Aires. La naturaleza del procedimiento para el cual se solicita la presente prueba es estrictamente sucesorio y la misma se lleva adelante para lograr encontrar bienes del causante.------

Se hace constar que el Dr. Eduardo Arturo Yaconis Woelflin, el Dr. Costanzo Enrico Salvia, la Dra. Daniela Aizpitarte y la Sra. María Daira Yaconis. se encuentran facultados para diligenciar el presente.---

El infrascrito ruega y exhorta a V.S. el debido cumplimiento de lo requerido, ofreciendo reciprocidad para casos análogos.---------

DADO, sellado y firmado en la Sala de mi público despacho, en la Ciudad Autónoma de Buenos Aires, Capital de la República Argentina a los 29 días del mes de Diciembre de 2017.

M. PILAR REBAUDI BASAVILBASO
SECRETARIA

JULIO CARLOS SPERONI
JUEZ SUBROGANTE

LA CAMARA NACIONAL DE APELA-
CIONES EN LO CIVIL CERTIFICA EN

Bs. As.   5 FEB 2018

QUE LA FIRMA Y SELLO QUE ANTECE-
DEN GUARDAN SIMILITUD CON LAS
CONSTANCIAS DE NUESTRO REGISTRO

MARIANA IRIGARAY
PROSECRETARIA ADMINISTRATIVA
LEGALIZACIONES CAMARA CIVIL



# REPÚBLICA ARGENTINA
## MINISTERIO de RELACIONES EXTERIORES Y CULTO



## APOSTILLE
(Convention de la Haye du 5 octobre 1961)

**1. País:** ARGENTINA
Country / Pays

**El presente documento público**
This public document | Le présent acte public

**2. ha sido firmado por** IRIGARAY, MARIANA
has been signed by / a été signé par

**3. quien actúa en calidad de** FUNCIONARIO HABILITANTE
acting in the capacity of | agissant en qualité de

**4. y está revestido del sello/timbre de** PODER JUDICIAL DE LA NACION
bears the seal / stamp of | est revêtu du sceau / timbre de

**Certificado**
Certified | Attesté

**5. en** BUENOS AIRES
at | à

**6. el día** 20/02/2018
the | le

**7. por** UNIDAD DE COORDINACIÓN LEGALIZACIONES DEL MINISTERIO DE RELACIONES EXTERIORES Y CULTO
by | par

**8. bajo el número** 34874/2018
N° | sous n°

**9. Sello/Timbre** ARS 90.00.-
Seal / stamp | Sceau / timbre

**10. Firma**
Signature | Signature

Tipo de Documento EXHORTO JUDICIAL
Titular del Documento RAMON JORGE MOCIULSKY
Código de seguridad: 8QK2J7F0V

MARTIN ADRIAN CAGGIA GARCIA
Unidad de Coordinación Legalizaciones
Ministerio de Relaciones Exteriores y Culto

Esta Apostilla certifica únicamente la autenticidad de la firma, la calidad en que el signatario del documento haya actuado y, en su caso, la identidad del sello o timbre del que el documento público esté revestido.
Esta Apostilla no certifica el contenido del documento para el cual se expidió.
No es válido el uso de esta Apostilla en la República Argentina.
Esta Apostilla se puede verificar en la dirección siguiente: http://cancilleria.gob.ar/legalizaciones.

This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.
This Apostille does not certify the content of the document for which it was issued.
[This Apostille is not valid for use anywhere within República Argentina.]
To verify the issuance of this Apostille, see http://cancilleria.gob.ar/legalizaciones.

Cette Apostille atteste uniquement la véracité de la signature, la qualité en laquelle le signataire de l'acte a agi et, le cas échéant, l'identité du sceau ou timbre dont cet acte public est revêtu.
Cette Apostille ne certifie pas le contenu de l'acte pour lequel elle a été émise.
[L'utilisation de cette Apostille n'est pas valable en / au República Argentina.]
Cette Apostille peut être vérifiée à l'adresse suivante : http://cancilleria.gob.ar/legalizaciones.

TRADUCCIÓN PÚBLICA/ SWORN TRANSLATION-------------------------------------

**LETTERS ROGATORY**----------------------------------------------------------------------

[On the right side of the document there appears a seal that reads: National Court of Original Jurisdiction in Civil Matters of the Capital City – Clerk's Office No 37]---------

[On the right side of the document there appears an illegible signature followed by a seal that reads: "M. Pilar Rebaudi Basalvilbaso. Clerk".]-------------------------------------

To whoever Judge it may concern, having jurisdiction in New York City and/or Florida of the United States of America, as considered most appropriate by the International Legal Assistance Office of the Department of Justice of the United States, taking the following information to obtain into consideration.---------------------------------------------

Mr. Julio Carlos Speroni, Judge sitting in the National Court of Original Jurisdiction No 37, with jurisdiction in Civil matters, of the Argentine Republic, through Clerk's Office in charge of Ms. María Pilar Rebaudi Basavilbaso, attorney-at-law, located at "Uruguay 714, segundo piso, Ciudad Autónoma de Buenos Aires" (Uruguay 714, second floor, Autonomous City of Buenos Aires), presents his greetings, issues international assistance in connection with the case pending before this Court and Clerk's Office and issues an official letter in the case entitled "**MOCIULSKY, RAMÓN JORGE S/ SUCESIÓN AB INTESTATO**" **(expte. N° 54134/2015) [RAMÓN JORGE MOCIULSKY, Intestate Succession. (Docket No. 54134/2015)]**, where these letters rogatory have been ordered so that the banking entity, ISRAEL DISCOUNT BANK OF NEW YORK (IDB BANK), with its principal place of business at 511 Fifth Avenue, New York, NY 10017-USA  a) inform if the deceased, Ramón Jorge Mociulsky, (ID: ███████, Argentine, born on December 7, 1937) indeed had a bank account under number ███ in IDB BANK (Israel Discount Bank of New York) Harbour Centre Branch 18851 NE 29th Avenue, Suite 600 Aventura, FL 33180; Tel: (305) 682-3700; b); if it does exist, inform about joint account holders, beneficiaries, etc.  c) report if the account has any available funds; d) submit statements of account and account movements; e) inform if the account has been closed, and if so, the closing date and the reason given; f) inform if there were any bank account movements after death , as of July 7, 2015; g) inform, if possible, about the existence of any other bank account other than the one under number ███ in Harbour Centre Branch 18851 NE 29th Avenue, Suite 600 Aventura, FL.; and h ) if there do exist other accounts, give information about them regarding the previous items considered.-----------------------------------------------

It is hereby informed that the deceased, Ramón Jorge Mociulsky, did not have either a Social Security Number (SSN) or an Individual Taxpayer Identification Number (ITIN) because he never worked in the United States and he never had any business that paid taxes. He must have been requested to fill in a W8 Form; his heirs do not have this document because they are only possessed by the account holders.---------------------------

It is hereby certified that this document relates to docket DAJIN No 2182/17, Note No 11178/17, October 31st of the current year, by means of which it was informed that the Department of Justice of the United States responded by requesting further information so as to ensure compliance with the letters rogatory issued on June 5, 2017.---------------

The court ruling providing these letters rogatory reads in its relevant parts as follows: *"Buenos Aires, May 23, 2017.- I- For the purposes requested, issue the diplomatic letters rogatory. (...) Signed by: SILVIA Y. TANZI, Judge"; and, "Buenos Aires, December 11, 2017. For the same purposes requested on page 339, section I, issue new diplomatic letters rogatory certifying therein the data reported on the writ. Signed by JULIO CARLOS SPERONI. ACTING JUDGE.*--------------------------------------------------

Pursuant to the provisions set forth in section **3 of the 23480 Act – Convention on the Taking of Evidence Abroad in Civil and Commercial Matters**, it is hereby stated for the record that the parties to the proceedings are as follows: **DECEASED: Ramón Jorge Mociulsky (ID:** ▇▇▇▇ **, Argentine, born on December 7, 1937). HEIRS** (court ruling on affidavit of heirship on October 14, 2015): 1- Ms. **Rita Antonia Castiglione** domiciled at Husares 2255 15th floor, Apartment 6, Tower 1, Autonomous City of Buenos Aires, who is legally represented by Mr. Sebastián Buschiazzo, attorney-at-law, and who has established domicile by choice at "Avenida Córdoba 1505, 2° piso, Departamento 4, Ciudad Autónoma de Buenos Aires" (Cordoba Avenue 1505, 2nd floor, Apartment 4, Autonomous City of Buenos Aires). 2- Ms. **Florencia Mociulsky**, domiciled at Echeverría 1015/1017, Autonomous City of Buenos Aires, who is legally represented by Mr. Eduardo Arturo Yaconis Woelflin, attorney-at-law, and who has established domicile by choice at "Montevideo 765, 6° piso, Ciudad Autónoma de Buenos Aires" (Montevideo 765, 6th floor, Autonomous City of Buenos Aires). 3- Ms. **Sandra Elisa Mociulsky**, domiciled at Grecia 3462, 3rd floor, Apartment A, Autonomous City of Buenos Aires, who is legally represented by Mr. Eduardo Arturo Yaconis Woelflin, attorney-at-law, and who has established domicile by choice at "Montevideo 765, 6° piso, Ciudad Autónoma de Buenos Aires" (Montevideo 765 6th

floor, Autonomous City of Buenos Aires). 4- **Mr. Ariel Fernando Mociulsky**, domiciled at La Pampa 1202, 3rd floor, Apartment D, Autonomous City of Buenos Aires, who is legally represented by Mr. Eduardo Arturo Yaconis Woelflin, attorney-at-law, and who has established domicile by choice at "Montevideo 765, 6° piso, Ciudad Autónoma de Buenos Aires" (Montevideo 765 6th floor, Autonomous City of Buenos Aires). The nature of the proceedings for which the evidence is required is strictly on succession and it is conducted in order to find assets of the deceased.------------------------

It is hereby stated that Mr. Eduardo Arturo Yaconis Woelflin, attorney-at-law, Mr. Constanzo Enrico Salvia, attorney-at-law, Ms. Daniela Aizpitarte, attorney-at-law, and Ms. María Daira Yaconis are authorized to serve these presents.-----------------------------

I hereby REQUEST Y.H. to duly execute these Presents, offering reciprocity in similar cases.----------------------------------------------------------------------------------

GIVEN, signed and sealed in this Office on the Autonomous City of Buenos Aires, Capital of the Argentine Republic, on December 29, 2017.------------------------------------

[There appears an illegible signature followed by a seal that reads: "M. Pilar Rebaudi Basalvilbaso. Clerk"].---------------------------------------------------------------------

[There appears an illegible signature followed by a seal that reads: "Julio Carlos Speroni, Acting Judge"].-----------------------------------------------------------------------

[There appears a seal that reads: "Honorable National Court of Appeals in civil matters of the Federal Capital . Legalizations."]-------------------------------------------------

[There appears a seal that reads: "The National Court of Appeals in civil matters certifies that the foregoing signature and seal are similar to the ones in our records. In Buenos Aires, on February 5, 2018."]-------------------------------------------------------

[There appears an illegible signature followed by a seal that reads "MARIANA IRIGARAY. DEPUTY CLERK. LEGALIZATIONS. CIVIL COURT.----------------------

The foregoing is a true translation into English of its original in Spanish that I had before me. In Buenos Aires, on February 15, 2017. ----------------------------------------

[The above paragraph is inserted below in Spanish for Argentine administrative purposes] ------------------------------------------------------------------------------

Lo que antecede es traducción fiel al inglés de su original en español que he tenido ante mí. En Buenos Aires, a los 15 días del mes de febrero de 2018.-----------------------------

COLEGIO DE TRADUCTORES PÚBLICOS
DE LA CIUDAD DE BUENOS AIRES
Corresponde a la Legalización
N° 11223/18
JACOBO A. MORGUNOVSKY MICHELL

Agustina L. Aizpitarte
Traductora Pública de Inglés
Mat. T°XXI F°034 Capital Federal
Inscrip. C. T. P. C. B. A. N° 8146



# COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES

República Argentina
Ley 20305



## LEGALIZACIÓN

Por la presente, el COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES, en virtud de la facultad que le confiere el artículo 10 inc. d) de la ley 20305, certifica únicamente que la firma y el ~~sello~~ que aparecen en la traducción adjunta concuerdan con los correspondientes al/a la Traductor/a Público/a  AIZPITARTE, AGUSTINA LETICIA  que obran en los registros de esta institución, en el folio  34  del Tomo  21  en el idioma  INGLÉS

Legalización número:  **11223**

Buenos Aires,  16/02/2018





MARCELO F. SIGALOFF
Gerente de Legalizaciones
Colegio de Traductores Públicos
de la Ciudad de Buenos Aires

ESTA LEGALIZACIÓN NO SE CONSIDERARÁ VÁLIDA SIN EL CORRESPONDIENTE TIMBRADO DE CONTROL EN LA ÚLTIMA HOJA DE LA TRADUCCIÓN ADJUNTA

Control interno:  36951811223

Avda. Corrientes 1834 – C1045AAN – Ciudad Autónoma de Buenos Aires – Tel.: 4373-7173 y líneas rotativas

By virtue of the authority vested in the COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (Buenos Aires Sworn Translators Association) by Argentine law No. 20 305 section 10(d), I hereby CERTIFY that the seal and signature affixed on the attached translation are consistent with the seal and signature on file in our records.

The Colegio de Traductores Públicos de la Ciudad de Buenos Aires only certifies that the signature and seal on the translation are genuine; it will not attest to the contents of the document.

THIS CERTIFICATION WILL BE VALID ONLY IF IT BEARS THE PERTINENT CHECK STAMP ON THE LAST PAGE OF THE ATTACHED TRANSLATION.

Vu par le COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (Ordre des Traducteurs Officiels de la ville de Buenos Aires), en vertu des attributions qui lui ont été accordées par l'article 10, alinéa d) de la Loi n° 20.305, pour la seule légalisation matérielle de la signature et du sceau du Traductor Público (Traducteur Officiel) apposés sur la traduction du document ci-joint, qui sont conformes à ceux déposés aux archives de cette Institution.

LE TIMBRE APPOSÉ SUR LA DERNIÈRE PAGE DE LA TRADUCTION FERA PREUVE DE LA VALIDITÉ DE LA LÉGALISATION.

Il COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (Ordine dei Traduttori abilitati della Città di Buenos Aires) CERTIFICA ai sensi dell'articolo 10, lettera d) della legge 20.305 che la firma e il timbro apposti sulla qui unita traduzione sono conformi alla firma e al timbro del Traduttore abilitato depositati presso questo Ente. Non certifica il contenuto della traduzione sulla quale la certificazione è apposta.

LA VALIDITÁ DELLA PRESENTE CERTIFICAZIONE È SUBORDINATA ALL'APPOSIZIONE DEL TIMBRO DI CONTROLLO DEL CTPCBA SULL'ULTIMA PAGINA DELL'ALLEGATA TRADUZIONE.

Por meio desta legalização, o COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (Colégio dos Tradutores Públicos da Cidade de Buenos Aires), no uso de suas atribuições e em conformidade com o artigo 10, alínea "d", da Lei 20.305, somente reconhece a assinatura e o carimbo do Tradutor Público que subscreve a tradução em anexo por semelhança com a assinatura e o carimbo arquivados nos registros desta instituição.

A PRESENTE LEGALIZAÇÃO SÓ TERÁ VALIDADE COM A CORRESPONDENTE CHANCELA MECÂNICA APOSTA NA ÚLTIMA FOLHA DA TRADUÇÃO.

COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (Kammer der vereidigten Übersetzer der Stadt Buenos Aires). Kraft der Befugnisse, die ihr nach Art. 10 Abs. d) von Gesetz 20.305 zustehen, bescheinigt die Kammer hiermit lediglich die Übereinstimmung der Unterschrift und des Siegelabdruckes auf der beigefügten Übersetzung mit der entsprechenden Unterschrift und dem Siegelabdruck des vereidigten Übersetzers (Traductor Público) in unseren Registern.

DIE VORLIEGENDE ÜBERSETZUNG IST OHNE DEN ENTSPRECHENDEN GEBÜHRENSTEMPEL AUF DEM LETZTEN BLATT DER BEIGEFÜGTEN ÜBERSETZUNG NICHT GÜLTIG.